Opinion filed November 21, 1933.
Arthur J. Hughes, for appellant; Frank Michels, of counsel. No appearance for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Irwin T. Gilruth, receiver for Stony Island State and Savings Bank for use of Ellen N. Norton, appellee, v. Lawrence Barrett, appellant. Gen. No. 36,449.

Opinion filed November 21, 1933.
Lowenhaupt & Wolff, for appellant. Joseph E. Winterbotham, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

. The Baltimore and Ohio Railroad Company, appellee, v. Chicago Wood Products, Inc., appellant. Gen. No. 36,458.

Opinion filed November 21, 1933.
Frederic L. Goff, for appellant. H. D. Sheean and E. W. Lademann, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson v. Division State Bank et al.
C. W. Davenport, receiver, appellant, v. William F. Duha, intervening petitioner, appellee. Gen. No. 36,528.

Opinion filed November 21, 1933. Rehearing denied December 4, 1933.
D'Ancona, Pflaum & Kohlsaat, for appellant; W. R. Arrington, of counsel. Meyer W. Rosin, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson v. Division State Bank et al.
C. W. Davenport, receiver, appellant, v. Philip Plonsky, appellee. Gen. No. 36,529.